MINUTE ENTRY   PROCEEDINGS: MOTION FOR ORDER TO SHOW CAUSE

Plaintiff was represented in Court by Attorney Jay Sorensen. No appearance by Defendant's counsel or defendants.

Court, ordered the Clerk to have the U.S. Marshal to summons the parties to Court, if they do not appear, then a Bench Warrant would be issued.

Attorney Sorensen stated that he had spoke with Attorney Cushnie and he acknowledged that there would be a hearing this morning.

Court recessed at 8:35 a.m. and reconvened at 9:25 a.m. with Attorney Cushnie and Joaquin and Delfina Manglona now present in the Courtroom.

Court inquired as to why they were not present at 8:00 a.m. when summoned for this hearing. Attorney Cushnie stated that he had no excuse; he simply forgot. Further, he stated that they Manglona's did not intend to show any disrespect to the Court; they just didn't read the summons and did not realize that they were supposed to be before the Court.

Attorney Cushnie called witness:

JOAQUIN MANGLONA.  DX. CX.

Attorney Sorensen requested that the defendant's beheld in Contemp of Court for willful disregard of the Court's order.

There was further examination of the defendant.

Attorney Sorensen renewed his motion for the defendant to be held in contempt. Attorney Cushnie argued on behalf of the defendants.

Court ordered that the defendant begin paying $500.00 a month, with a payment today, and on the 16th day of each month thereafter. At such time that the gas station becomes operable again that the payment will increase to $1,200 a month on the 16th day of each month thereafter. Further, that Attorney Sorensen be awarded attorneys fees for the time spent.

    Adjourned 10:05 a.m.

;   [KLL EOD 06/18/2003]