ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAMFILO M. SENO,<br><br>             Plaintiff,<br><br>      vs.<br><br>JOAQUIN M. MANGLONA,<br>DELFINA MANGLONA, and<br>M'S DEVELOPMENT, INC.,<br>a CNMI Corporation,<br><br>             Defendants. | CIVIL ACTION NO. CV-01-0045<br><br>**MOTION FOR AN ORDER TO<br>SHOW CAUSE IN RE: CONTEMPT**<br><br><br>Date:<br>Time:<br>Judge:  Hon. Alex R. Munson |

COMES NOW PLAINTIFF and Judgment Creditor, by and through his attorneys, Smith & Williams, and respectfully moves this Court for an Order to Show Cause in Re Contempt pursuant to Fed.R.Civ.P. Rules 64 and 69(a),

Plaintiff received a judgment on December 23, 2002, against the Defendants for the sum of $27,000.00.  In a Court order dated June 18, 2003, Defendants were ordered to pay $500.00 per month beginning June 18, 2003, and every 16th day of the month thereafter until the principal and accrued interest were paid in full. the Defendants began making payment but have fallen in arrears. Defendants' last payment to Plaintiff was on April 27, 2007, in the amount of $500.00.  The outstanding balance of the account is $2,546.36.

RESPECTFULLY SUBMITTED.

Dated this 19, day of July, 2007.

_____
ERIC S. SMITH
Attorney for Plaintiff