1  ERIC S. SMITH, Bar No. F 0157
   SMITH & WILLIAMS
2  Attorneys at Law
   P.O. Box 5133 CHRB
3  Saipan MP 96950
   Tel:    233-3334
4  Fax:    233-3336

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAMFILO M. SENO,<br><br>Plaintiff,<br><br>vs.<br><br>JOAQUIN M. MANGLONA,<br>DELFINA MANGLONA, and<br>M'S DEVELOPMENT, INC.,<br>a CNMI Corporation,<br><br>Defendants. | CIVIL ACTION NO. CV-01-0045<br><br>**DECLARATION IN SUPPORT OF MOTION FOR AN ORDER TO SHOW CAUSE IN RE: CONTEMPT**<br><br>Date:<br>Time:<br>Judge:  Hon. Alex R. Munson |

I, ERIC SMITH, declare as follows:

1. That I am the counsel of record for the Plaintiff in the above-entitled action.

2. Plaintiff received a judgment on December 23, 2002, against the Defendants for the sum of $27,000.00.

3. Defendants were ordered to make certain payments to Plaintiff.

4. In a Court order dated June 18, 2003, Defendants were ordered to pay $500.00 per month beginning June 18, 2003, and every 16th day of the month thereafter until the principal and accrued interest are paid in full.

5. Defendants' last payment to Plaintiff was on April 27, 2007, in the amount of $500.00 The outstanding balance of the account is $2,546.36..

6. Defendants have wilfully and contemptuously disobeyed the Court's Order and that Defendants had knowledge of the Order of the Court, yet have failed to make the necessary payment pursuant to said Order.

7. Plaintiff has incurred attorney's fees and costs in bringing this motion.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 19, 2007, at Garapan, Saipan, CNMI.

                                                _____
                                                   //S//
                                                   ERIC SMITH
                                           Attorney for Plaintiff