1   ERIC S. SMITH, Bar No. F 0157
    SMITH & WILLIAMS
2   Attorneys at Law
    P.O. Box 5133 CHRB
3   Saipan MP 96950
    Tel:    233-3334
4   Fax:    233-3336

5   Attorneys for Plaintiff

6

7

8                       IN THE UNITED STATES DISTRICT COURT
                                      FOR THE
9                        NORTHERN MARIANA ISLANDS

10

11  PAMFILO M. SENO,                        CIVIL ACTION NO. CV-01-0045

12                  Plaintiff,

13          vs.                             **ORDER/NOTICE OF HEARING**

14  JOAQUIN M. MANGLONA,
    DELFINA MANGLONA, and
15  M'S DEVELOPMENT, INC.,
    a CNMI Corporation,
16
17                  Defendants.

18  **TO:    DEFENDANTS**

19          YOU ARE HEREBY ORDERED to appear in this Court on Saipan, CNMI on

20  _____, 2007 at _____ .m. to give any legal reason why this Court

21  should not find you guilty of contempt and punish you for wilfully disobeying its Order, as

22  set forth in the declaration of Eric S. Smith, Attorney for Plaintiff.

23          SO ORDERED.

24          Date:   _____.

25

26

27                                          _____
                                                    Alex R. Munson
28                                                  Presiding Judge