ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:    233-3334
Fax:    233-3336

Attorneys for Plaintiff

**F I L E D**
Clerk
District Court

AUG 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAMFILO M. SENO,<br><br>Plaintiff,<br><br>vs.<br><br>JOAQUIN M. MANGLONA,<br>DELFINA MANGLONA, and<br>M'S DEVELOPMENT, INC.,<br>a CNMI Corporation,<br><br>Defendants. | CIVIL ACTION NO. CV-01-0045<br><br><br>**ORDER/NOTICE OF HEARING** |

**TO:    DEFENDANTS**

YOU ARE HEREBY ORDERED to appear in this Court on Saipan, CNMI on September 20, 2007 at 8:30 a.m. to give any legal reason why this Court should not find you guilty of contempt and punish you for wilfully disobeying its Order, as set forth in the declaration of Eric S. Smith, Attorney for Plaintiff.

SO ORDERED.

Date:  AUG 1 6 2007    .

_Alex R. Munson_
Alex R. Munson
Presiding Judge