IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

PAMFILO M. SENO,                                    CIVIL ACTION
                                                                    No. 01-0045
            Plaintiffs(s)

JOAQUIN M. -v- MANGLONA,
DELFINA MANGLONA, AND M S
deVElOPmEnT, INC  Defendant(s)
A CNMI CORPORATIION,

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __21st__ day of __August__, at __11:10 a.m.__, I personally served upon __JOAQUIN M. MANGLONA__, a true and correct copy of the:

[ ] Summons and Complaint
[x] Order dated __8/16/07__.
[x] Other (specify) __ORDER NOTICE OF HEARING__ in the above-captioned matter.

Service was made as follows:
[x] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN NAVY HILL__

The charge for service is: __$ 20.00__

Dated, this __21st__ day of __August__.

_Rainaldo S. Agulto_ (signature)
Rainaldo S. Agulto

Hearing date: __9/20/07__