FILED
Clerk
District Court

SEP 10 2007

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE
NORTHERN MARIANA ISLANDS

By_____
(Deputy Clerk)

| | |
|---|---|
| PAMFILO M. SENO,<br><br>Plaintiff.<br><br>vs.<br><br>JOAQUIN M. MANGLONA, etal.,<br><br>Defendants. | Civil Action No. 01-0045<br><br><br>Order Taking Hearing<br>Off-Calendar |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

Douglas F. Cushnie
Attorney at Law
P.O. Box 500949
Saipan, MP 96950

Pursuant to the request of the attorney for Plaintiff, the Motion for Order to Show Cause in Re Contempt Hearing set for Thursday, September 20, 2007, is hereby taken off-calendar.

IT IS SO ORDERED.

DATED THIS 10th day of September, 2007.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)