Case 1:01-cv-00045    Document 91    Filed 09/10/2007    Page 1 of 1

ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

FILED
Clerk
District Court

SEP 1 0 2007

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAMFILO M. SENO,<br><br>        Plaintiff,<br><br>vs.<br><br>JOAQUIN M. MANGLONA,<br>DELFINA MANGLONA, and<br>M'S DEVELOPMENT, INC.,<br>a CNMI CORPORATION,<br><br>        Defendants. | CIVIL ACTION NO. CV-01-0045<br><br><br>**ACKNOWLEDGMENT OF FULL<br>SATISFACTION OF JUDGMENT** |

Plaintiff herein hereby acknowledged that the JUDGMENT in the above-entitled case has been paid and satisfied in full.

Date: September 7, 2007

_____
ERIC S. SMITH